IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CENTRE ONE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 6:08CV467 |
| vs. | § | |
| | § | |
| VONAGE HOLDINGS CORP., et. al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Centre One's request for an additional 90 days within which to obtain substitute counsel (Docket No. 259). Having considered the issue, the Court further **STAYS** all current deadlines in this case for an additional **60 days** to allow Plaintiff Centre One to retain and bring new counsel up to speed. If counsel does not appear for Centre One within 60 days, the Court will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

As soon as Center One is able to retain new counsel, the Court **ORDERS** Plaintiff's new counsel and Defendants' counsel to meet and confer and contact the Court to set a date for a Status Conference. The parties shall meet and confer and submit a Joint Status Report containing each parties positions regarding *Markman* and trial dates no later than 5 days prior to the scheduled Status Conference.

So ORDERED and SIGNED this 22nd day of April, 2010.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE