IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CENTRE ONE,** | § § § § § | |
| **Plaintiff,** | § § | **CASE NO. 6:08CV467** |
| vs. | § § § | |
| **VONAGE HOLDINGS CORP., et. al,** | § § § § | |
| **Defendants.** | § | |

## ORDER

Having considered Plaintiff Centre One's request for a one week extension of time to have counsel enter an appearance on its behalf (Docket No. 262), the Court **STAYS** all current deadlines in this case until **Monday, June 28, 2010**. If counsel for Centre One has not appeared by Monday June 28, 2010, the Court will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

As soon as Center One retains new counsel, the Court **ORDERS** Plaintiff's new counsel and Defendants' counsel to meet and confer and contact the Court to set a date for a Status Conference. The parties shall meet and confer and submit a Joint Status Report containing each parties' positions regarding *Markman* and trial dates no later than 5 days prior to the scheduled Status Conference.

**So ORDERED and SIGNED this 22nd day of June, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**