**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CENTRE ONE<br><br>         Plaintiff,<br><br>    v.<br><br>VONAGE HOLDINGS CORP., ET AL.,<br><br>         Defendants. | Case No.  6:08-cv-467-LED<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Plaintiff, CENTRE ONE, files this Notice of Appearance, and hereby notifies the Court that Gregory P. Love of STEVENS LOVE, P. O. Box 3427, Longview, Texas, 75606-3427, (greg@stevenslove.com), is appearing on behalf of CENTRE ONE in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  June 28, 2010

Respectfully submitted,

/s/ *Gregory P. Love*
_____
Gregory P. Love
Texas Bar No. 24013060
STEVENS LOVE
P. O. Box 3427
Longview, Texas 75606-3427
903.753.6760
903.753.6761  (Fax)
greg@stevenslove.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules of this Court.  As such, this motion was served on all counsel who are deemed to have consented to electronic service on this the 28th day of June 2010.


/s/ *Gregory P. Love*

_____

Gregory P. Love