# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| CENTRE ONE, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 6:08-cv-467 LED |
| VONAGE HOLDINGS CORP., et al. | § § § | |
| Defendants. | § § § § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Centre One ("Centre One") and Defendants Vonage Holdings Corp. and Vonage America Inc. (collectively, "Vonage"), hereby stipulate that:

1)   Centre One's claims against Vonage are dismissed with prejudice; and

2)   Vonage's counterclaims are dismissed with prejudice.

Each party will bear its own costs.

Dated: July 26, 2010

/s/ Gregory P. Love

Gregory P. Love
State Bar No. 24013060
Matthew M. Hill
State Bar No. 24041101
Todd Y. Brandt
State Bar No. 24027051
STEVENS, LOVE, HILL & HOLT, PLLC
111 West Tyler Street
Longview, Texas 75601
(903)753-6760
(903)753-6761 (Fax)

Attorneys for Plaintiff Centre One

Respectfully submitted,

/s/ R. Paul Yetter

R. Paul Yetter
State Bar No. 22154200
Thomas M. Morrow
State Bar No. 24039076
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 632-8000
(713) 632-8002 (Fax)
(pyetter@yettercoleman.com)

Attorneys-in-Charge for Defendants
Vonage Holdings Corp. and
Vonage America Inc.

David B. Bassett
WILMER CUTLER PICKERING HALE AND DORR
LLP
339 Park Avenue
New York, New York 10022
(212) 230-8858
(212) 230-8888

Gregory H. Lantier
WILMER CUTLER PICKERING HALE AND DORR
LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363

Michael J. Summersgill
WILMER CUTLER PICKERING HALE AND DORR
LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000

**Certificate of Service**

I certify that this pleading was filed electronically with the Court, and thus served simultaneously upon all counsel of record, this 26th of July, 2010.

/s/ Thomas M. Morrow_____
Thomas M. Morrow