IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CENTRE ONE,<br><br>Plaintiff,<br><br>v.<br><br>VONAGE HOLDINGS CORP., et al.<br><br>Defendants. | CIVIL ACTION NO. 6:08-cv-467 LED |

## ORDER OF DISMISSAL

The Stipulation of Dismissal filed by Plaintiff Centre One ("Centre One") and Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively, "Vonage") is GRANTED. The Court hereby dismisses with prejudice:

1) Centre One's claims against Vonage; and

2) Vonage's counterclaims against Centre One.

Each party will bear its own costs.

**So ORDERED and SIGNED this 2nd day of August, 2010.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**