IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CENTRE ONE<br><br>　　　　Plaintiff,<br><br>v.<br><br>VONAGE HOLDINGS CORP., ET AL.,<br><br>　　　　Defendants. | Case No.  6:08-cv-467-LED<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Centre One, and defendants, Verizon Services Corp.; Verizon Corporate Resources Group LLC, Verizon Long Distance LLC; GTE Southwest Incorporated (d/b/a Verizon Southwest); Verizon California Inc.; Verizon Delaware LLC; Verizon Florida LLC; Verizon Maryland Inc.; Verizon New England Inc.; Verizon New Jersey Inc.; Verizon New York Inc.; Verizon North Inc.; Verizon Northwest Inc.; Verizon Pennsylvania Inc.; Verizon South Inc.; and Verizon Virginia Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Dated:  November 15, 2010

                Respectfully submitted,

                /s/ *Gregory P. Love*
                _____
                Gregory P. Love
                Texas Bar No. 24013060
                Scott E. Stevens
                Texas Bar No.  00792024
                Matthew M. Hill
                Texas Bar No. 24041101
                Kyle J. Nelson

        Texas Bar No. 24056031
        Todd Y. Brandt
        Texas Bar No. 24027051
        STEVENS LOVE
        P.O. Box 3427
        Longview, Texas  75606-3427
        Telephone: 903-753-6760
        Facsimile: 903-753-6761
        greg@stevenslove.com
        scott@stevenslove.com
        matt@stevenslove.com
        kyle@stevenslove.com
        todd@stevenslove.com

***Attorneys for Centre One***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules of this Court.  As such, this motion was served on all counsel who are deemed to have consented to electronic service on this the 15th day of November 2010.

        /s/ *Gregory P. Love*
        _____
        Gregory P. Love