**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CENTRE ONE<br><br>      Plaintiff,<br><br>v.<br><br>VONAGE HOLDINGS CORP., ET AL.,<br><br>      Defendants. | Case No. 6:08-cv-467-LED<br><br>**JURY TRIAL DEMANDED** |

## ORDER

On this day came on to be considered Plaintiff, Centre One, and defendants, Verizon Services Corp.; Verizon Corporate Resources Group LLC, Verizon Long Distance LLC; GTE Southwest Incorporated (d/b/a Verizon Southwest); Verizon California Inc.; Verizon Delaware LLC; Verizon Florida LLC; Verizon Maryland Inc.; Verizon New England Inc.; Verizon New Jersey Inc.; Verizon New York Inc.; Verizon North Inc.; Verizon Northwest Inc.; Verizon Pennsylvania Inc.; Verizon South Inc.; and Verizon Virginia Inc. ("Verizon Defendants") Stipulation to Dismiss Verizon Defendants, and the court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Stipulation be granted and the Verizon Defendants are dismissed with prejudice. Each party will bear its own costs.

**So ORDERED and SIGNED this 17th day of November, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**